200 So.2d 668

**STATE of Louisiana**

**v.**

**Lawrence J. ROUSSELLE, Jr.**

**No. 48833.**

July 28, 1967.

In re: Lawrence J. Rousselle, Jr., applying for writs of certiorari, mandamus and prohibition.

Granted. See order.

ORDER

Considering the showing made by relator:

It is ordered That the Honorable Eugene E. Leon, Jr., Judge of the 25th Judicial District Court for the Parish of Plaquemines, reduce the bill of relator, Lawrence J. Rousselle, Jr., to the amount of $10,000.-00 within five days from the receipt of this order;

Or show cause in this Court on August 29, 1967, at 11 o'clock A.M. why the relief prayed for in relator's petition should not be granted. In the event the respondent judge elects to show cause, the bail of the relator is fixed in the sum of $10,000.00 pending the hearing in this Court.